SCANNED

ORIGINAL

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
BY: KATHLEEN A. ZEBROWSKI
86 Chambers Street
New York, New York 10007
Telephone No.: (212) 637-2710
Fax No.:        (212) 637-2717



UNTIED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x
UNITED STATES OF AMERICA,                :    SATISFACTION OF JUDGMENT

                    Plaintiff,           :    03 CR 1396 (RJH)

            - v. -                       :    JUDGMENT #: 05,0758

DAVID ZIMMER,                            :

                    Defendant.           :
------------------------------x

SOUTHERN DISTRICT OF NEW YORK

   Satisfaction is acknowledged between United States of America, plaintiff, and David Zimmer, defendant, for the fine in the amount of $10,000.00, the restitution in the amount of $170,108.11 and the special assessment in the amount of $200.00, amounting in all to the sum of $180,308.11. Judgment entered in the Judgment Book of the United States District Court for the Southern District of New York on the 1st day of April 2005.

                                         MICHAEL J. GARCIA
                                         United States Attorney for the
                                         Southern District of New York

                                         By: _____
                                            KATHLEEN A. ZEBROWSKI
                                            Assistant United States Attorney

STATE OF NEW YORK )
                  ) ss:
COUNTY OF NEW YORK)

   On the 4th day of November 2008, before me personally came KATHLEEN A. ZEBROWSKI, Assistant United States Attorney for the Southern District of New York, to me known, and known to me to be the individual described in and who executed the foregoing instrument, and acknowledge that she executed the same.

_____
NOTARY PUBLIC

Maria A. Cotto
Notary Public, State of New York
No. 01CO5064894
Qualified in Bronx County
Commission Expires 8/26/2010